Marlon Collins
Name

PO Box 1000
Sandstone, MN 55072
Prison Number

Address or Place of Confinement

Note: If represented by an attorney, write attorney's name, address & telephone number

## United States District Court

Mr. Marlon Collins
Full Name (First, Middle, Last)

Petitioner,

vs.

Mr. Scott Fisher
Name of Warden  # Mr. Charles Samuels, Dir.
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. 13 cv 1471 ADM/JJK
(to be supplied by the Clerk of the United States District Court)

PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. _____ a sentence
3. _____ jail or prison conditions
4. _____ prison discipline
5. _____ a parole problem
6.   XX    other

CAUTION: If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

SCANNED
JUN 17 2013
U.S. DISTRICT COURT MPLS

# PETITION

(1) Place of detention: **FCI SANDSTONE**

(2) Name and location of court which imposed sentence: **MINNESOTA USDC**

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed: **COCAINE CONSPIRACY AFTER 2 PRIOR PRE-FSA CRACK BASED INDICTMENTS, CONVICTIONS, & SENTENCES**

(4) The date upon which sentence was imposed and the terms of the sentence: **240+ MONTHS (OVER 20 YRS)**

(5) What was your plea (check one):   Not guilty ( )   Guilty (X)   Nolo contendere ( )

(6) Kind of trial (check one):   Jury ( )   Judge only (X)

(7) Did you appeal from the judgment of conviction or the imposition of sentence:   Yes (X)   No ( )

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: **8TH CIRCUIT COURT OF APPEALS**
Grounds raised (list each):
  1) **ILLEGAL CRACK CONVICTION & PUNISHMENT ENHANCEMENT**
  2) **DEPRIVATION OF CONSTITUTIONAL RIGHT VIA PROCEDURE**
Result/Date of result: **Pending**

SECOND APPEAL:
Name of court: _____
Grounds raised (list each):
  1) _____
  2) _____
Result/Date of result: _____

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground. If necessary attach additional pages behind this page.

CAUTION:   If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

→ GROUND ONE _Crack Based sentence enforcement grounds for 18USC3582(c)(1)(A) motion by Warden/FBoP Dir. — See Attached_

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

**CAUTION:** You must state *facts, not conclusions,* in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

_Collins asked Warden Fisher to seek reduction by recommending to the next authority in the chain to seek via (18USC 3582(c)(1)(A) & (c)(1)(B) the reduction of Collins punishment due to the manner, means, and elements leading to Collins current imprisonment._

→ GROUND TWO _Collins is entitled to 18USC3582(c)(1)(A) motion per sentencing reform act but has it not. — See Attached_

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

_Collins asked according to statutory entitlement based in equal protection violations in prospective enforcement and contrary to federal regulations Warden Fisher & FBoP has neither granted it nor provided lawful & constitutionally compliant reason not to._

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes (X)    No ( )    If your answer is no, explain why not: _____

If your answer is yes, answer the following for *each* administrative appeal:

**FIRST ADMINISTRATIVE APPEAL**          Level of appeal: _Institution BP-8_
Grounds raised (list each):
   1) _"SAME"_
   2) _" "_
Result/Date of result: _____ see Attached_

**SECOND ADMINISTRATIVE APPEAL**          Level of appeal: _Institution BP-9_
Grounds raised (list each):
   1) _"SAME"_
   2) _" "_
Result/Date of result _____ see Attached_

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

THIRD ADMINISTRATIVE APPEAL          Level of appeal: Institution BP-10
Grounds raised (list each):
    1) "                                  "
    2) "                                  "
Result/Date of result: _____ see Attached

FOURTH ADMINISTRATIVE APPEAL         Level of appeal: Institution BP-11
Grounds raised (list each):
    1) "                                  "
    2) "                                  "
Result/Date of result: _____ see Attached

(11) Is the grievance process completed?    Yes ( )    No ( )

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

   Yes (X)       No ( )

(13) If your answer to Question #13 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court: USDC/MN
Nature of proceeding: 2255
Grounds raised (list each):
   1) INEF. Assistance of Counsel
   2) Illegality & Constitutional Violations
Result/Date of result: Granted

SECOND PREVIOUS PETITION
Name of court: USDC/MN & 8TH Circuit
Nature of proceeding: C.O.A. Motions
Grounds raised (list each):
   1) "                                  "
   2) "                                  "
Result/Date of result: Pending

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.
P " Concerns only Executive Branch enforcement of Warrant of Commitment & review by the Acts and failure to investigate illegality in prisoners enforcement & failure to seek 18USC3582(c)(1)(A) Non medical reduction due to admitted Equal Protection violation & unreasonable-ness

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

(15) Are you presently represented by counsel?

Yes ( )    No (X)

If so, provide your attorney's name, address, and telephone number:

N/A

(16) If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes (X)    No ( )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

---

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_5/21/2013_   _SS: 28 SC 1746:_ [signature]
(Date)                                                     (Signature of Petitioner)

_N/A_
(Signature of Attorney, if any)